FILED
CLERK, U.S. DISTRICT COURT

APR 25 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 08-409-ODW |
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING |
| | ) | (Fed.R.Crim.P. 32.1(a)(6) |
| v. | ) | 18 U.S.C. § 3143(a) |
| Danielle Peters, | ) | Allegations of Violations of |
| | ) | Probation/Supervised Release |
| Defendant. | ) | Conditions) |

On arrest warrant issued by the United States District Court for

the _____CDCA_____ involving alleged violations of

conditions of probation/supervised release:

    1.    The court finds that no condition or combination of

          conditions will reasonably assure:

          A.    (✓) the appearance of defendant as required; and/or

          B.    (✓) the safety of any person or the community.

///

///

///

///

///

2.   The Court concludes:

    A.   (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community.  Defendant poses a risk to the safety of other persons or the community based on:

_____

_____

_____

_____

_____

    B.   (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released.  Defendant poses a flight risk based on: _____

_____

_____

_____

_____

    IT IS ORDERED that defendant be detained.

DATED:   4/25/13

HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge

2